Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants TETRA PAK, INC., and TETRA PAK CHEESE AND POWDER SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>TETRA PAK CHEESE AND POWDER SYSTEMS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:11-CV-01227-AWI-GSA<br><br>**STIPULATED DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants TETRA PAK, INC., and TETRA PAK CHEESE AND POWDER SYSTEMS, INC., be dismissed with prejudice in this case and that each party is to bear its own attorney's fees and costs.

Dated: September 14, 2011                                COZEN O'CONNOR


                                                        By:  /s/ Barrett Kiernan
                                                             BARRETT KIERNAN,
                                                             Attorneys for Plaintiff
                                                             ZURICH AMERICAN
                                                             INSURANCE COMPANY

1  Dated: September 14, 2011                         MARDEROSIAN, RUNYON,
                                                     CERCONE & LEHMAN

                                                     By:  /s/ Michael G. Marderosian
                                                          MICHAEL G. MARDEROSIAN,
                                                          Attorneys for Defendants TETRA
                                                          PAK, INC., and TETRA PAK
                                                          CHEESE AND POWDER
                                                          SYSTEMS, INC.

## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice as to defendants TETRA PAK, INC., and TETRA PAK CHEESE AND POWDER SYSTEMS, INC pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   September 27, 2011                          _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721